No. 01–7488. CROZIER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–7492. SURRATT v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 01–7493. SARO v. UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 01–7496. COOPER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7497. DIXON v. COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied.

No. 01–7498. MARTINEZ-GARCIA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–7499. WALLS v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 01–7501. BERMEA-CEPEDA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7503. WINTERS v. EDWARDS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–7504. CORKER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7505. ENRIQUEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7506. COLEMAN ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7507. RIVERA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 01–7513. GARRETT v. UNITED STATES. Ct. App. D. C. Certiorari denied.

No. 01–7519. WILLIAMS v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 9th Cir. Certiorari denied.

No. 01–7522. DIPIETRO v. UNITED STATES. C. A. 2d Cir. Certiorari denied.